UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------x
In re:                                                                    Chapter 13

Jay Weinstein,                                                      Case No. 16-36995-cgm
                              Debtor.
-----------------------------------------------x

**STIPULATION AND ORDER RESOLVING
THE MOTION TO DETERMINE SECURED STATUS**

WHEREAS, the above named debtor, filed a Chapter 13 bankruptcy proceeding on November 23, 2016.

WHEREAS, Wilmington Savings Fund Society, FSB c/o Fay Servicing, LLC filed a secured claim herein as the mortgage holder of the debtor's property located at 9 Debruce Road, Livingston Manor, New York 12758, docketed as Claim number 11-1, dated March 14, 2017, and

WHEREAS, on or about June 23, 2017, the debtor filed a Motion to Determine Secured Status, and

WHEREAS, on or about October 26, 2017 counsel for Wilmington Savings Fund Society, FSB c/o Fay Servicing, LLC filed a response to the debtors Motion, and

WHEREAS, a hearing is scheduled to be held on November 14, 2017 before the Honorable Cecelia G. Morris, Chief U.S. Bankruptcy Judge in Poughkeepsie, New York,

NOW, upon all pleadings and proceedings heretofore had herein, all the parties have stipulated to the following:

1. That the debtor shall pay a secured claim relative to Wilmington Savings Fund Society, FSB c/o Fay Servicing, LLC through his Chapter 13 Plan in the amount of $35,000.00 together with interest thereon at the rate of 4.75%, and amend debtor's plan to reflect same, to the extent deemed necessary by the Chapter 13 Trustee.

1

|  |  |
|---|---|
|  | */s/ Charles Jeanfreau* |
| Dated: November 15, 2017 | _____ |
|  | Charles Jeanfreau |
|  | Attorney for Wilmington Savings Fund Society, FSB c/o Fay Servicing, LLC |
|  | 2001 Western Avenue, Suite 400 |
|  | Seattle, WA 98121 |
|  | 212-268-5583 |
|  |  |
|  | */s/ Julius A. Rivera, Jr., Esq.* |
| Dated : November 21, 2017 | _____ |
|  | Julius A. Rivera, Jr., Esq. |
|  | Attorney for Debtor |
|  | 309 Mill Street |
|  | Poughkeepsie, NY 12601 |
|  | 845-452-1422 |



**Dated: November 22, 2017**
**Poughkeepsie, New York**

**/s/ Cecelia G. Morris**
_____
**Hon. Cecelia G. Morris**
**Chief U.S. Bankruptcy Judge**