UNITED STATES BANKRUPTCY COURT
Southern DISTRICT OF New York

RECEIVED
JUN 27 2019
U.S. BANKRUPTCY COURT
POUGHKEEPSIE, NY

In Re:

JAY WEINSTEIN

Debtor(s)

Case No. 16-36995

Claim No. : 11

## NOTICE OF CREDITOR CHANGE OF ADDRESS

The creditor **Wilmington Savings Fund Society, FSB, d/b/a Christina Trust, not individually but as trustee for Hilldale Trust** in the above entitled case hereby requests that the mailing address pertaining to NOTICES AND PAYMENTS, listed in the above stated case be changed.

### Address where Notices to the creditor be sent:

| From | To |
|---|---|
| Fay Servicing, LLC | Fay Servicing, LLC |
| 3000 Kellway Drive, Suite 150 | PO Box 814609, |
| Carrollton, TX 75006 | Dallas, TX 75381-4609 |

### Address where Payments to the creditor be sent:

| From | To |
|---|---|
| Fay Servicing, LLC | Fay Servicing, LLC |
| 3000 Kellway Drive, Suite 150 | PO Box 814609, |
| Carrollton, TX 75006 | Dallas, TX 75381-4609 |

Date: 06/24/2019

_Zann Welch_
Creditor's Authorized Agent for Fay Servicing, LLC